B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

IN RE:  
Hirsch, Scott  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Dina Leeds<br>203 North Glenroy Place<br>Los Angeles, CA  90049 | | | | 1,996,419.88 |
| Chase Bank<br>Home Loans<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | | 550,959.00 |
| Stefanie Hirsch<br>P.O. Box 641156<br>Los Angeles, CA  90064 | | | | 300,000.00 |
| Friedman & Friedman<br>9454 Wilshire Boulevard<br>Beverly Hills, CA  90212 | | | Disputed | 292,246.33 |
| American Express<br>P.O. Box 981535<br>El Paso, TX  79998-1535 | | | | 61,935.72 |
| Citi Bank<br>P.O. Box 6500<br>Sioux Falls, SD  57117-6077 | | | | 45,042.63 |
| Chase Card Services<br>3415 Vision Drive<br>Columbus, OH  43219 | | | | 29,163.21 |
| Larry Bakman<br>1901 Avenue Of The Stars, Suite 201<br>Los Angeles, CA  90067 | | | | 25,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UCLA Medical Group**  730.06
**P.O. Box 240005**
**Los Angeles, CA 90024**

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __05-28-2014__    Signature of Debtor _____    **Scott Hirsch**

Date: _____    Signature of Joint Debtor (if any) _____